MARY McGLYNN, as Administratrix of the Estate of JOSEPH A. McGLYNN, Deceased, Appellant, *v.* ALLEN N. SPOONER AND SON, INC., Respondent.

Argued November 26, 1940; decided December 31, 1940.

*Herbert S. Klein* and *Louis Rothbard* for appellant.

*William B. Davis* and *E. C. Sherwood* for respondent.

Judgments reversed and new trial granted, with costs to abide the event, on the ground that the question of whether the engineer was acting as the servant of the defendant presents at least a question of fact.   No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.